[No. 45966-0-I.   Division One.   October 23, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRE GONCALVES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-08313-5, Suzanne M. Barnett, J., entered January 7, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46155-9-I.   Division One.   October 23, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY LEE MAAHS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-04743-3, Michael Hayden, J., entered February 4, 2000. *Remanded* by unpublished per curiam opinion.

[Nos. 46265-2-I; 46638-1-I.   Division One.   October 23, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. RICHARD C. RODOLF, *Respondent*.
*In the Matter of the Postsentence Petition of* RICHARD C. RODOLF, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-01791-5, Carol A. Schapira, J., entered February 22, 2000, together with a petition for postsentencing review. Judgement and petition *remanded* by unpublished per curiam opinion.

[No. 46757-3-I.   Division One.   October 23, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN CACHERO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-08472-0, Richard M. Ishikawa, J., entered May 10, 2000. *Affirmed* by unpublished per curiam opinion.